**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DEXTER HARMON**                                                                              **PLAINTIFF**
**ADC #152483**

v.                             **CASE NO: 5:14CV00113 BSM**

**TYRESE HEWING et al.**                                                                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young and plaintiff's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment [Doc. No. 35] is denied.

DATED this 14th day of October 2014.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE