IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEXTER HARMON**                                                                                          **PLAINTIFF**
**ADC #152483**

v.                              CASE NO: 5:14CV00113 BSM

**TYRESE HEWING et al.**                                                                         **DEFENDANTS**

### ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 55] is granted in part denied in part. It is granted as to plaintiff's claims for monetary damages against all defendants in their official capacities and as to all claims against Jason Price and Randy Watson; these claims are dismissed with prejudice and Price and Watson are terminated as defendants.

2. Defendants' motion is denied in all other respects.

IT IS SO ORDERED this 5th day of January 2015.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE